## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| J&J Maintenance, Inc., d/b/a | ) ASBCA No. 63013 |
| J&J Worldwide Services | |
| | ) |
| Under Contract No. 47QSHA-19-D-003F | ) |
| Task Order No. HDEC03-20-F-0046 | |

APPEARANCES FOR THE APPELLANT:  Stephanie Magnell, Esq.
Adam Lasky, Esq.
Anthony J. LaPlaca, Esq.
Seyfarth Shaw LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Betsy Ennis Dulin, Esq.
Principal Deputy General Counsel
Patrick Vanderpool, Esq.
Lance Locke, Esq.
Trial Attorneys
Defense Commissary Agency

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 18, 2023

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63013, Appeal of J&J Maintenance, Inc., d/b/a J&J Worldwide Services, rendered in conformance with the Board's Charter.

Dated:  September 19, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals